UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

OTIS MICHAEL BRIDGEFORTH,

                        Plaintiff,
      vs                                      9:09-CV-888

W. PARMER, Physician's Assistant; R. HOLMES,
Registered Nurse; N. SMITH, Nurse Administrator;
and K. RABIDEAU, Acting Nurse Administrator,
All of UpState Correctional Facility,

                        Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:

OTIS MICHAEL BRIDGEFORTH
Plaintiff, Pro Se
2912 North Washington Street
Wilmington, DE 19802

HON. ANDREW M. CUOMO                CHARLES J. QUACKENBUSH, ESQ.
Attorney General of the                   Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff, Otis Michael Bridgeforth, commenced this civil rights action in August

2009, pursuant to 42 U.S.C. § 1983.  By Report-Recommendation dated June 22, 2010, the

Honorable Andrew T. Baxter, United States Magistrate Judge, recommended that

defendants' motion to dismiss the complaint (Docket No. 17) be granted and the complaint be dismissed with prejudice. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the file, and the recommendations of Magistrate Judge Baxter, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Defendants' motion to dismiss (Docket No. 17) is GRANTED;

2. The complaint is DISMISSED with prejudice; and

3. The Clerk is directed to file judgment accordingly and close the file.

IT IS SO ORDERED.

Dated:  July  19, 2010
         Utica, New York.

                                                United States District Judge